**MILLER & MARTIN PLLC**
Eric Stevens (Admitted Pro Hace Vice)
Colette M. Koby (SBN 196045)
Tara L. Ferguson (SBN 234123)
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2433
Telephone:  (615) 244-9270
Facsimile:  (615) 256-8197

**Attorneys for Defendant**
SERVICE MANAGEMENT SYSTEMS, INC.


**THORNTON DAVIDSON & ASSOCIATES**
Thornton Davidson (SBN 166487)
Scott C. Hawkins (SBN 207236)
2055 San Joaquin St.
Fresno, CA 93721
Telephone:  (559) 256-9800
Facsimile:  (559) 256-9791

**Attorneys for Plaintiff**
STAN APPLING


# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| STAN APPLING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SERVICE MANAGEMENT SYSTEMS,<br>INC. and DOES 1-40;<br><br>　　　　Defendants. | ) CASE NO.:  1:06-CV-01645-AWI-LJO<br>)<br>) **STIPULATION AND ORDER**<br>)<br>) **ORDER DENYING PENDING MOTION**<br>)<br>) Hearing Date:  January 22, 2007<br>) Time: 1:30 p.m.<br>) Courtroom: 2<br>) Judge: Hon. Anthony W. Ishii<br>) Case Filed On:  October 6, 2006<br>) |

　　　　Plaintiff Stan Appling ("Appling") and Defendant Service Management Systems, Inc. ("SMS") (collectively "the parties") have met and conferred to discuss the specific issues addressed in SMS's motion to strike and motion to dismiss currently scheduled for January 22, 2006 at 1:30 p.m. in front of the Honorable Anthony Ishii.  In response to SMS's motion to strike and motion to

dismiss, Appling has filed and served an amended complaint. As such, the parties respectfully request that the Court take SMS's motion to strike and motion to dismiss off calendar.

                                        MILLER & MARTIN PLLC

DATED: January 10, 2007        BY:  s/ Colette M. Koby

                                        COLETTE M. KOBY

                                        Attorneys for Defendant

                                        SERVICE MANAGEMENT SYSTEMS, INC.

                                        THORNTON DAVIDSON & ASSOCIATES

DATED: January 10, 2007        BY:  s/ Thornton Davidson

                                        THORNTON DAVIDSON

                                        SCOTT C. HAWKINS

                                        Attorneys for Plaintiff

                                        STAN APPLING

Case 1:06-cv-01645-LJO-GSA   Document 23   Filed 01/12/07   Page 2 of 3

## ORDER

After having reviewed this stipulation and proposed order, the Court hereby agrees to take SMS's motion to strike and motion to dismiss, currently scheduled for hearing on January 22, 2007, off calendar.   The pending motion to dismiss is DENIED as moot.


IT IS SO ORDERED.

**Dated:   January 11, 2007**                             /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE