```
 1  THORNTON DAVIDSON  #166487
    DAVIDSON & HAWKINS
 2  An Association of Attorneys at Law
    2055 San Joaquin Street
 3  Fresno, California 93721
 4  Telephone:  (559) 256-9800
    Fax:        (559) 256-9791
 5
    Attorney for Plaintiff, STAN APPLING
 6
```

FILED
OCT 1 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

* * * * *

| | |
|---|---|
| STAN APPLING, | CASE No.: 1:06-CV-01645-LJO-NEW (TAG) |
| Plaintiffs, | **STIPULATION TO DISMISS ACTION IN ITS ENTIRETY; [PROPOSED] ORDER** |
| Vs. | |
| SERVICE MANAGEMENT SYSTEMS, INC. and DOES 1-40, | |
| Defendants. | |

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff STAN APPLING ("Plaintiff") and Defendant SERVICE MANAGEMENT SYSTEMS, INC. ("Defendant"), by and through their attorneys of record, hereby stipulate to dismiss this action in its entirety with prejudice, all parties to bear their own fees and costs.

///
///

1

1     **IT IS SO STIPULATED.**

3 Dated: October 17, 2007            DAVIDSON & HAWKINS

By: \_\_\_\_\_/S/_____
THORNTON DAVIDSON,
Attorney for Plaintiff,
STAN APPLING

Dated: October \_\_\_, 2007

By: \_\_\_\_\_/S/_____
TARA FERGUSON,
Attorney for Defendant,
SERVICE MANAGEMENT SYSTEMS, INC.

**PROPOSED ORDER**

The above-captioned matter is dismissed in its entirety with prejudice, all parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 19, 2007

By: /s/ Lawrence J. O'Neil
HONORABLE LAWRENCE J. O'NEIL
United State District Court

3